1           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION

3   ARCADIA GROUP BRANDS LIMITED,    ) Docket No. 10 C 7790
    et al.,                          )
4                                    )
            Plaintiffs,              )
5                                    ) Chicago, Illinois
            vs.                      ) January 12, 2011
6                                    ) 9:00 o'clock a.m.
    STUDIO MODERNA SA, et al.,       )
7                                    )
            Defendants.              )
8

9            TRANSCRIPT OF PROCEEDINGS - Motion
        BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11  APPEARANCES:
    For the Plaintiff:       KATTEN MUCHIN ROSENMAN LLP
12                           BY:  MR. FLOYD A. MANDELL
                                  MR. WILLIAM JAY DORSEY
13                                MS. CATHAY Y.N. SMITH
                             525 West Monroe Street
14                           Chicago, Illinois  60661

15
    For the Defendants:      KIRKLAND & ELLIS LLP (Chicago)
16                           BY:  MR. THOMAS M. MONAGAN
                                  MR. PAUL R. GARCIA
17                           300 North LaSalle Street
                             Chicago, Illinois  60654
18

19

20

21
                 LAURA LACIEN, CSR, RMR, FCRR, CRR
22                    Official Court Reporter
               219 South Dearborn Street, Suite 1902
23                   Chicago, Illinois  60604
                        (312) 408-5032
24

25

1    (The following proceedings were had in open court:)

2        COURTROOM DEPUTY:  10 C 7790, Arcadia Group versus

3    Studio Moderna.

4        MR. MANDELL:  Good morning, your Honor.  Floyd

5    Mandell, Will Dorsey and Cathay Smith for the plaintiff.

6        THE COURT:  Okay.  Fortunately or unfortunately, I

7    require each to identify separately.

8        MR. MANDELL:  Thank you, your Honor.  I'm Floyd

9    Mandell.

10       THE COURT:  Thank you.

11       MR. DORSEY:  William Dorsey for Arcadia, your Honor.

12       MS. SMITH:  Cathay Smith for Arcadia, your Honor.

13       THE COURT:  Thank you, all.

14       MR. GARCIA:  Good morning, your Honor.  Paul Garcia

15   on behalf of the defendants/counter claimants and it's always

16   a privilege to be in your courtroom.

17       THE COURT:  Good morning, sir.

18       MR. MONAGAN:  Good morning, your Honor.  Tom Monagan

19   on behalf of defendants/counter claimants also.

20       THE COURT:  Good morning.

21       I have a motion by defendants for pro hac vice,

22   correct?

23       MR. GARCIA:  Yes, your Honor.

24       MR. MONAGAN:  Yes.

25       THE COURT:  Okay.  That's granted.

1          MR. GARCIA:  Thank you.

2          THE COURT:  And defendant -- there are two

3    defendants, Top Shop and Studio, correct?

4          MR. GARCIA:  Yes, sir.

5          THE COURT:  Okay.  And they both filed a motion to

6    dismiss Counts One and Three, correct?

7          MR. GARCIA:  Yes, sir.

8          THE COURT:  Counsels for Arcadia, have you received

9    the motion?

10          MR. MANDELL:  We have received it, your Honor, and

11    we have requested 21 days to respond and counsel has asked if

12    we would stipulate to 14 days for the reply and we agree to

13    that as well, your Honor.

14          THE COURT:  Okay.  So 21 days to answer would bring

15    us to February 2nd and 14 days, February 16th.  Correct?

16          MR. MANDELL:  Yes, your Honor.  Thank you.

17          THE COURT:  Okay.  February 2nd to answer, February

18    16th to reply to the motion relating to Counts One and Three.

19    But we have nine counts in this case, so.

20          MR. MANDELL:  That's true, your Honor.  They have

21    answered the other counts, had filed affirmative defenses,

22    had filed a counterclaim.  Our response to the counterclaim

23    is due January 19th.  We do intend to file a motion to

24    dismiss on a timely basis, your Honor.

25          THE COURT:  Okay.  So January 19th, instead of

1 answering the counterclaim, you intend to file a motion to

2 dismiss the counterclaim.  How much time to answer?

3        MR. MANDELL:  Just to clarify, your Honor, there are

4 two counts, I believe, to the counterclaim.  We are going to

5 move to dismiss one --

6        THE COURT:  One of them.

7        MR. MANDELL:  -- and respond to the other.

8        THE COURT:  Okay.  Sounds good.

9        So on or before January 19th, you will be able to do

10 so?

11        MR. MANDELL:  Yes, your Honor.

12        THE COURT:  And counsel for defense, how much time

13 to answer their motion to dismiss the one count?

14        MR. GARCIA:  Is 30 days appropriate, your Honor?

15        THE COURT:  Well, I mean, we're getting -- can you

16 do it in three weeks?

17        MR. GARCIA:  Sure.

18        THE COURT:  Okay.  So that brings us to the 9th,

19 February 9th.  And then would one week to reply be

20 sufficient?

21        MR. MANDELL:  That would be fine, your Honor.

22        THE COURT:  Okay.  February 16th to reply.

23        MR. GARCIA:  Your Honor, that's fine if that's the

24 Court's preference.  It might be easier for us if we could

25 file both of our things that we have to file on the 16th,

1　both the reply on our motion to dismiss and the response to

2　theirs.  But if you want us to do it the week before on the

3　other, that's fine.

4　　　　　THE COURT:  Well, you know what, one week isn't

5　going to matter to me so you could do it on the 16th and

6　their reply will be then by counsel a week later, 23rd.

7　　　　　MR. MANDELL:  Thank you, your Honor.

8　　　　　MR. GARCIA:  Thank you, Judge.

9　　　　　THE COURT:  No problem.  Unless you wanted more time

10　to reply.

11　　　　　MR. MANDELL:  Your Honor, I don't think we'll need

12　more time to reply.

13　　　　　THE COURT:  That's fine.

14　　　　　Okay.  You had suggested certain dates relating to

15　fact discovery completion in your joint statement, correct,

16　August 5th?

17　　　　　MR. MANDELL:  Yes, sir.

18　　　　　MR. GARCIA:  Yes, sir.

19　　　　　THE COURT:  Okay.  I'll accept that date.  So on the

20　counts that are answered --

21　　　　　MR. MANDELL:  Thank you, your Honor.

22　　　　　THE COURT:  -- discovery should start.

23　　　　　And expert disclosure, you had suggested September

24　6th with rebuttal September 27th.  That's fine with me.  And

25　expert discovery conclusion, October 18th.  That's fine with

1  me.  And dispositive motions, November 7th.  That's fine.

2  And I will set answer to dispositive motions by November --

3  I'm going to give until December 2nd, actually, since there

4  are -- there's Thanksgiving holiday there.  And replies

5  December 16th.  Okay.

6          MR. GARCIA:  Thank you.

7          MR. MANDELL:  Thank you, your Honor.

8          THE COURT:  I will set a status hearing after

9  discovery is completed which will be after October 18th.

10  October 26th will be the next status hearing.  Maybe after

11  all discovery is done, you might decide to resolve your

12  dispute.

13          MR. MANDELL:  Your Honor --

14          THE COURT:  I know there's no mediation right now

15  that you're going through but --

16          MR. MANDELL:  Your Honor, to that point, your Honor

17  will note that the parties, with the assistance of outside

18  counsel, signed an agreement, we believe, in 2004.  We

19  believe that if the parties were to come together with the

20  assistance of outside counsel and perhaps a judicial officer,

21  this possibly could be settled before we spend a lot of money

22  and a lot of attorneys' fees.

23          THE COURT:  That's always my preference that it

24  start as early as possible; and if you believe that -- both

25  sides have to agree to that.

1    MR. MANDELL:  In fairness to counsel, we have not

2  discussed this with the Kirkland & Ellis attorneys.  But I

3  will tell your Honor that we understand that their clients --

4  both clients are international.  I understand that the key

5  people from their company are going to be in the United

6  States in late February.  Our client would fly from London to

7  the United States if counsel and his client were willing to

8  at least give it a try.

9    THE COURT:  Judge Denlow is the magistrate judge in

10  this case; and if you like me to refer settlement to Judge

11  Denlow, if you decide to do a settlement, then you both could

12  contact Judge Denlow before those people are flying -- I know

13  there's a Swiss company, there's a British company -- and

14  schedule maybe a settlement conference.

15    MR. MANDELL:  From the plaintiff's standpoint, we

16  would love to do that, your Honor, and we would be happy to

17  talk to counsel and see if they agree.

18    MR. GARCIA:  We're happy to talk to counsel, you

19  Honor.  As you said, this is the first we've heard of that.

20  And I will note that prior to the filing of this lawsuit, we

21  served not Kirkland but prior counsel served a comprehensive

22  settlement proposal that didn't get responded to other than

23  with the complaint is my understanding.

24    THE COURT:  Well, I'm sensing that there could be

25  potential for resolution so --

```
 1        MR. GARCIA:  We'll talk.

 2        THE COURT:  -- so, you know, it's always preferred

 3   without spending too much money and going through all kinds

 4   of motions.

 5        MR. GARCIA:  We'll talk to Mr. Mandell and see if we

 6   can come together.

 7        MR. MANDELL:  Yes.  Thank you, your Honor.  We

 8   always think that sometimes it's easier to settle with face

 9   to face as opposed to exchanging e-mails between counsel.

10        THE COURT:  Sounds good.  And if you find that Judge

11   Denlow's schedule doesn't permit, I'll be willing to meet

12   with the parties myself.

13        MR. MANDELL:  Thank you, your Honor.

14        MR. GARCIA:  Your Honor, there was one last date

15   that the parties had proposed for the exchange of Rule

16   26(a)(1) disclosures of February 7th, if that's acceptable to

17   the Court as well.

18        MR. MANDELL:  Your Honor, does it make sense --

19        THE COURT:  That's -- whatever the parties agree

20   relating is acceptable to me.  I don't set dates for that.

21        MR. GARCIA:  Oh.  I understand, sir.

22        MR. MANDELL:  Thank you, your Honor.  We think that

23   possibly the pleadings should be set before we do

24   disclosures, but we can talk with counsel.

25        Thank you very much, your Honor.  It's a pleasure.
```

1        THE COURT:  Thank you, both.

2     (Which concluded the proceedings in the above-entitled

3 matter.)

4            C E R T I F I C A T E

5       I hereby certify that the foregoing is a transcript

6 of proceedings before the Honorable Samuel Der-Yeghiayan on

7 January 12, 2011.

8

9 */s/Laura LaCien*

10 _____         January 20, 2011
   Laura LaCien                          Date
11 Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25